UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANA GOMEZ,

    Plaintiff,

v().                                            Case No.: 2: 20-cv-00686-JLB-NPM

C.R. BARD, INC., BARD PERIPHERAL
VASCULAR, INC., MCKESSON
CORPORATION, and DOES 1 THROUGH
100 INCLUSIVE,

    Defendants.
_____/

## ORDER

    The parties have filed a joint stipulation for dismissal of claims against Defendant McKesson Corporation without prejudice, (Doc. 33), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The Stipulation is self-executing. *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant McKesson Corporation are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate Defendant McKesson Corporation from the case.

    **ORDERED** in Fort Myers, Florida, on September 14, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE